# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RODREGUS LEE BOYKIN,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:08-CV-224 (CAR) |
| : | |
| Lieutenant **PATRICK CURRY**, et al. : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Tab 14] that Defendants Warden John Ford, Unit Manager McBride, Dr. Kristan, and Medical Staffer Bush be dismissed from the present case. Plaintiff filed a timely Objection [Tab 16] to the Recommendation. However, having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge and finds Plaintiff's objections to be unpersuasive. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; those parties are hereby **DISMISSED** from this case.

SO ORDERED, this 20th day of January, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr